UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM SAMMONS and JANIE
SAMMONS, as legal guardians
of A.S., an incapacitated adult,

      Plaintiffs,

v.                                        Case No. 8:04-cv-2657-T-24 EAJ

POLK COUNTY SCHOOL BOARD,

      Defendant.

_____/

## **ORDER**

This cause comes before the Court on Plaintiffs' Response to H. Gregory Scharff's Motion to Appear Pro Hac Vice (Doc. No. 62), which this Court construes as a motion to reconsider this Court's Order (Doc. No. 55) granting H. Gregory Scharff's Motion to Appear Pro Hac Vice.  Plaintiffs contend that H. Gregory Scharff's Motion to Appear Pro Hac Vice should have been denied because he may be engaged in the unauthorized practice of law in Florida.  Plaintiffs have submitted a complaint to the Florida Bar's Unauthorized Practice of Law Committee regarding H. Gregory Scharff's alleged unauthorized practice of law.

At this time, the Court denies Plaintiffs' motion for reconsideration.  However, if the Florida Bar's Unauthorized Practice of Law Committee finds that H. Gregory Scharff's has engaged in the unauthorized practice of law, Plaintiffs should file a renewed motion to reconsider this Court's Order granting H. Gregory Scharff's Motion to Appear Pro Hac Vice.

Accordingly, it is ORDERED AND ADJUDGED that Plaintiffs' Response to H. Gregory Scharff's Motion to Appear Pro Hac Vice (Doc. No. 62), which this Court construes as a motion to reconsider this Court's Order (Doc. No. 55) granting H. Gregory Scharff's Motion to Appear Pro Hac Vice is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 23rd day of May, 2005.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record