UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM SAMMONS and JANIE
SAMMONS, as legal guardians
of A.S., an incapacitated adult,

       Plaintiffs,

v.                                        Case No. 8:04-cv-2657-T-24 EAJ

POLK COUNTY SCHOOL BOARD,

       Defendant.
_____/

**ORDER**

This cause comes before the Court on two motions: (1) Plaintiffs' Motion in Limine to Exclude Expert Testimony (Doc. No. 116), and (2) Plaintiffs' Motion in Limine to Exclude Withheld Evidence (Doc. No. 117).  Defendant opposes these motions.  (Doc. No. 118, 119).

**I.  Expert Testimony**

Plaintiffs move to limit Defendant's expert testimony from Susan Kabot, Ed.D and Christine Reeve, Ph.D to *either* the testimony Kabot or the testimony of Reeve.  Plaintiffs argue that allowing both experts to testify will be cumulative and unnecessarily prolong the trial in this case.  Defendant responds that the experts' testimony is not cumulative, since the experts observed A.S. on different dates and the experts' backgrounds are different.  Therefore, Defendant argues that the experts' testimony is not cumulative, but instead, it is complementary.  Upon consideration, the Court finds Defendant's argument persuasive and that the motion should be denied at this time.

**II.  Withheld Evidence**

Plaintiffs also move to exclude evidence of A.S.'s progress upon his return to school to the extent that such evidence was requested by Plaintiffs but not turned over to them.  Defendant

responds that it does not intend to introduce any evidence that Plaintiffs have requested that Defendant has not turned over prior to trial. Accordingly, the Court finds that this motion should be denied at this time. Should Defendant attempt to introduce evidence that it has withheld from Plaintiffs, Plaintiffs can raise the issue at that time.

### III. Conclusion

Accordingly, it is ORDERED AND ADJUDGED that:

(1) Plaintiffs' Motion in Limine to Exclude Expert Testimony (Doc. No. 116) is **DENIED**; and

(2) Plaintiffs' Motion in Limine to Exclude Withheld Evidence (Doc. No. 117) is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** at Tampa, Florida, this 10th day of January, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record